UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2013 JUL 26 PM 3:35
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| DONALD EDWARD LAINE,<br>Defendant, | )  CASE NO. A-02-CR-022(1)-SS<br>)<br>) |
| and | )<br>) |
| VELOCITY CREDIT UNION,<br>Garnishee. | )<br>) |

## ORDER UNSEALING DOCUMENTS

The United States of America has moved to unseal previously filed documents. The Court finds that there is no longer a need to seal documents herein because garnishee to this garnishment proceeding has been noticed with the writ. The Court therefore grants the motion and orders that previously sealed documents filed in the garnishment proceeding be unsealed, to-wit:

- Motion to Seal Documents;
- Order Sealing Documents;
- Application for Writ of Garnishment;
- Order for Issuance of Writ of Garnishment;
- Writ of Garnishment;
- Clerk's Notice of Post-Judgment Garnishment; and
- Any other document filed under seal in this garnishment proceeding.

IT IS SO ORDERED.

Date: July 26, 2013

SAM SPARKS
UNITED STATES DISTRICT JUDGE